IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**JERRY SMITH,**

      **Plaintiff,**

v.

**LT. THOMAS J. STEHLEY, et al.,**

      **Defendants.**              No. 11-cv-861-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Minutes of the Court hearing held on May 23, 2012, this case is **DISMISSED** with prejudice for failure to comply with the Court's Orders, including plaintiff's failure to make eight payments toward his filing fee, and for failure to prosecute.

                NANCY J. ROSENSTENGEL,
                CLERK OF COURT

                BY:      */s/Sandy Pannier*
                                Deputy Clerk

Dated: May 23, 2012

Digitally signed by David R. Herndon
Date: 2012.05.23 14:35:12 -05'00'

APPROVED:
      CHIEF JUDGE
      U. S. DISTRICT COURT